COOK, Senior District Judge,
concurring in part and dissenting in part:
I concur with the majority’s holding that, pursuant to the judicial notice provision in Fed.R.Evid. 201, company disclosure documents publicly filed with the Securities and Exchange Commission (SEC) may be considered on a Fed.R.Civ.P. 12(b)(6) motion to dismiss. I also concur with the majority on the fundamental issue presented by this appeal, namely that allegations of recklessness continue to meet the scienter requirement under Section 10(b)[1] and Rule 10b-5 securities actions after the advent of the PSLRA.
However, I dissent on the last issue the majority addresses because I would not reach the question of whether motive and recklessness satisfies the scienter factor since I believe our recklessness holding is sufficient to dispose of this appeal.

. 15 U.S.C. § 78j(b).